## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Crim. No. 15-609 (KSH) |
| | : | |
| MARLON PEEK and | : | **PARTIAL UNSEALING ORDER** |
| NATHANIEL BROWN | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Elisa T. Wiygul, Assistant United States Attorney) and defendant Marlon Peek (by John H. Yauch, Assistant Federal Public Defender), for an order partially unsealing the transcript of the arraignment held in this matter on December 16, 2015 and providing transcripts of the December 16, 2015 arraignment and of the January 5, 2016 hearing regarding defendant Marlon Peek; and Federal Medical Center Devens ("FMC Devens") having been designated by the United States Bureau of the Prisons as the facility to conduct the previously ordered competency examination and report regarding defendant Peek (*see* Docket No. 27); and Dr. Chad Tillbrook of FMC Devens having been assigned to conduct the competency examination of defendant Peek; and FMC Devens, through Forensic Secretary Jennifer Gaucher, having requested transcripts of the December 16, 2015 arraignment and the January 5, 2016 hearing; and the Court having determined that the interest of justice would be served by allowing the person or persons conducting defendant Peek's competency examination to have access to all information that formed the basis for the

Court's finding that such a competency examination was warranted; and for good cause shown,

IT IS on this 1st day of March, 2016,

ORDERED that the transcript of the December 16, 2015 arraignment in this matter is hereby unsealed for the limited purpose of allowing the court reporter to provide a copy of the transcript to FMC Devens for use only in carrying out the competency examination and report previously ordered by the Court; and it is further

ORDERED that the court reporter shall, as soon as practicable, provide (1) a copy of the December 16, 2015 transcript and (2) a copy of the transcript of the hearing at which Mr. Peek appeared on January 5, 2016 to:

Federal Medical Center Devens
Attn: J. Gaucher, Forensic Secretary
36 Independence Drive
Building 1677
Devens, MA 01434

and it is further

ORDERED that personnel at FMC Devens shall use such transcripts only for the purpose of carrying out the competency examination and report previously ordered by the Court and shall not further disseminate either transcript except to the extent necessary in order to complete the competency evaluation and report previously ordered.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge

2